STATE OF TEXAS EX REL., ET AL. V. J. B. ETHERIDGE ET AL.

Motion No. 9429, Cause No. 5592. Decided March 18, 1931.
(36 S. W., 2d Series, 983.)

*P. Edward Ponder* and *Edward J. Hammer*, of Sweetwater, for plaintiffs in error.

*John E. Sentell* and *J. M. Harris,* both of Snyder, for defendants in error.

PER CURIAM.—We have carefully considered the motion for leave to file a motion for rehearing in this cause, but have concluded in view of the contest that we are not authorized to permit the motion for rehearing to be filed. However, we have carefully read the motion for rehearing and are convinced that we have heretofore made a correct disposition of the case.

The motion for leave to file the motion for rehearing is accordingly overruled.